No. 86–1732.   CITY OF ARLINGTON, TEXAS v. BYRD ET AL. Ct. App. Tex., 2d Dist.   Certiorari denied.

No. 86–1734.   ARKANSAS v. FOSTER.   Sup. Ct. Ark.   Certiorari denied.

No. 86–1740.   WANLESS v. ROTHBALLER ET AL.   Sup. Ct. Ill. Certiorari denied.

No. 86–1742.   MARMOTT ET AL. v. MARYLAND LUMBER CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–1748.   STRELKOFF v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 86–1790.   FLEMING v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 10th Cir.   Certiorari denied.

No. 86–1797.   GLANTZ ET AL. v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 86–1802.   AMERICAN SAVINGS & LOAN ASSN. v. MORGAN GUARANTY TRUST COMPANY OF NEW YORK ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–1818.   GAGGI v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–1826.   GOULDING v. FEINGLASS ET AL.   C. A. 7th Cir. Certiorari denied.

No. 86–6443.   GABEL v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6490.   MARS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 86–6520.   TYLER v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 86–6528.   DIXON v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 86–6547.   ARMSTRONG v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.